DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO.  4:05CR94 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Romond Duval ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The defendant and his counsel, Damian Billak appeared before this Court on July 6, 2012.  A report and recommendation was filed on June 27, 2012. (See docket #32).  The Court adopts the report and recommendation of Magistrate Judge Kenneth S. McHargh and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of six (6) months with 4 months to run concurrently and 2 months to run consecutively to the sentence imposed by Judge Donald C. Nugent in case number 4:11CR00136.  Upon release from confinement the term of supervised release will terminate in this case.  Defendant is to remain on supervised release until his self-surrender date on Judge Nugent's case which the Court understands to be July 17, 2012.

IT IS SO ORDERED.

| | |
|---|---|
| July 6, 2012 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |